UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA   { CASE NO.:6:24-CR-00091-WWB-EJK-5
{
v.                         {
{
{
**ABRYLE Y DE LA CRUZ**    {

## UNOPPOSED MOTION TO TRAVEL

**COMES NOW**, the Defendant, **ABRYLE Y DE LA CRUZ,** by and through the undersigned attorney, Robert Zlatkin, Esq., and files this motion to request permission from the Court to travel and in support thereof states as follows:

1. The Defendant was placed on Pretrial Release with conditions.
2. The Defendants father passed away unexpectedly, and his funeral is on April 12, 2025, through April 15, 2025.
3. The Defendant is asking for permission to travel from Orlando, Florida to New York for her father's funeral.
4. The Defendants supervising officer states that she has been cooperative while on Pretrial Release and is unopposed to this motion.

**WHEREFORE,** Defense moves this Court grant an order on this motion to travel.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this original document has been electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Assistant United States Attorney and the Honorable Judge, on this day of April 10, 2025.

**SMITH & EULO, PLLC**

By:_____
Robert Zlatkin, Esq.
Attorney at Law
Florida Bar No. 0119639
Smith & Eulo Law Firm, PLLC
1105 E Concord Street, Orlando, FL 32803
rzlatkin@smithandeulo.com
(407) 930-8912