**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA { CASE NO.:6:24-CR-00091-WWB-EJK-5
                                  {

v.                                {
                                  {

ABRYLE Y DE LA CRUZ        {

_____

## MOTION TO MODIFY CONDITIONS OF HOME CONFINEMENT AND SUPERVISED RELEASE TO ALLOW TRAVEL FOR WORK

**COMES NOW** the Defendant, Abryle De La Cruz, proceeding **pro se**, and respectfully moves this Honorable Court to modify the conditions of her home confinement and supervised release to permit travel for work purposes. In support thereof, the Defendant states as follows:

1. The Defendant is currently on home confinement and supervised release subject to certain conditions as ordered by this Court.
2. The Defendant respectfully requests permission to travel on the following dates and locations for legitimate work-related purposes:
   a. **Atlanta, Georgia** — October 4, 2025 to October 5, 2025, traveling by commercial airline.
3. The trip is strictly for work purposes. The Defendant will provide full itinerary, lodging information, and contact details to her supervising officer prior to travel.
4. The Defendant has been compliant with all conditions of release to date and will continue to abide by all rules and directives of her supervising officer.
5. Additionally, the Defendant respectfully requests that the Court consider adding language to her release conditions allowing **future work-related travel with prior approval from her supervising officer**, without the necessity of filing a separate motion for each trip.

**WHEREFORE,** the Defendant respectfully requests that this Honorable Court grant this Motion and:

a. Permit the Defendant to travel to Atlanta, Georgia from October 4, 2025 to October 5, 2025 via airplane; and

b. Modify the conditions of release to allow the Defendant to travel for work purposes in the future with prior written approval of her supervising officer, without the necessity of filing repeated motions.

Respectfully submitted this _22_ day of _September_, 2025.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this original document has been electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Assistant United States Attorney and the Honorable Judge, on this day of September 22, 2025.

By:

Abryle De La Cruz
543 Astera Winds Ln.
Lake Mary, FL 32746
407-989-3773
Abryle93@gmail.com
**Pro Se Defendant**